2015-0760 (La. 5/2/16)

**STATE EX REL. Walter Jerome FORT**

v.

**STATE of Louisiana**

**NO. 2015-KH-0760**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. H, No. 05-12-

0947; to the Court of Appeal, First Circuit, No. 2014 KA 1195;

Denied.